UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK RIVERA,

        Plaintiff(s),

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendant(s).
_____/

No. C-14-05324 (EDL)

NOTICE OF CONTINUANCE
OF CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the case management conference is continued to March 10, 2015 at 10:00 a.m., in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The case management statement is now due March 3, 2015.

Dated: January 7, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge